UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2021
```

Building Service 32BJ Health Fund,

            Plaintiff,

   –v–

Paragon Systems, Inc.,

           Defendant.

20-cv-7633 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties' request to adjourn the initial pretrial conference by two months is GRANTED.  The conference is hereby re-scheduled to occur on March 12, 2021 at 3:00 p.m.  As noted in Dkt. No. 11, the parties may instead request to adjourn the conference if they conclude that the conference is unnecessary.

    Furthermore, in their proposed case management plan, the parties notified the Court that they consented to conduct all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c).  Dkt. No. 13. Later in the proposed case management plan, however, the parties indicated that they would seek referral to a magistrate judge at a later date.  If the parties do consent to conduct all further proceedings before a Magistrate Judge, including motions and trial, they shall fill out Form AO 85, available at https://www.uscourts.gov/sites/default/files/ao085.pdf, and return it to the Court for endorsement within one week of this Order.

    SO ORDERED.

Dated:  January 4, 2021
         New York, New York

_____
ALISON J. NATHAN
United States District Judge