```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Building Service 32BJ Health Fund,

                Plaintiff,

       –v–

Paragon Systems, Inc.,

                Defendant.

20-cv-7633 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The parties are hereby ORDERED to notify the Court by March 10, 2021 whether they request they can do without an initial pretrial conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964#.

      Furthermore, as noted in Dkt. No. 15, in their proposed case management plan, the parties notified the Court that they consented to conduct all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). Dkt. No. 13. Later in the proposed case management plan, however, the parties indicated that they would seek referral to a magistrate judge at a later date. If the parties do consent to conduct all further proceedings before a Magistrate Judge, including motions and trial, they shall fill out Form AO 85, available at https://www.uscourts.gov/sites/default/files/ao085.pdf, and return it by March 10, 2021. Otherwise, they must file a corrected proposed case management plan by March 10, 2021.

      SO ORDERED.

Dated: March 8, 2021
       New York, New York

                                          _____
                                            ALISON J. NATHAN
                                          United States District Judge