USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Building Service 32BJ Health Fund,

            Plaintiff,

    –v–

Paragon Systems, Inc.,

            Defendant.

20-cv-7633 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

On January 5, 2021, the Court ordered the parties to clarify whether both sides consented to conduct all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c), as indicated in their originally proposed case management plan. Dkt. No. 16. As of the date of this Order, the Court has not received clarification. Furthermore, the parties' proposed case management plan, Dkt. No. 13, is outdated due to the requested-to adjournment of the initial pretrial conference.

In advance of the initial pretrial conference scheduled for April 30, 2021, the parties are hereby ORDERED to submit an updated proposed case management plan and joint letter by **April 27, 2021.** *See* Dkt. No. 6.

**In the joint letter, the parties should <u>advise the Court if they can do without a conference altogether</u>**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply

with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at

https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      Finally, in the joint letter, the parties shall also clarify whether they intended to consent to the jurisdiction all further proceedings before a Magistrate Judge.

      SO ORDERED.

Dated: April 26, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge