# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

\* ADMITTED IN NY
\*\*ADMITTED IN NY AND NJ
\*\*\*ADMITTED IN NY AND CT
\*\*\*\*ADMITTED IN NY AND FLA
\*\*\*\*\*ADMITTED IN NY, NJ AND MD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/7/2021

September 3, 2021

**VIA ECF ELECTRONIC FILING**
Hon. Alison J. Nathan, U.S.D.J.
United States District Court, Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 906
New York, N.Y. 10007

> The post-discovery conference in this matter is hereby ADJOURNED to October 29, 2021 at 3:00 p.m. SO ORDERED.
>
> *Alison J. Nathan*
> 9/3/2021

Re:   **Building Service 32BJ Health Fund v. Paragon Systems, Inc.**
      **Civ. Action No. 20-07633**

Dear Judge Nathan:

Our firm is counsel for the Plaintiffs Building Service 32BJ Health Fund (the "Fund") in the above-referenced matter. Presently, there is a Conference before Your Honor scheduled for September 17, 2021 at 3:00 p.m. I have conferred with counsel for Defendants and the parties jointly request that the Conference be adjourned, preferably to the week of October 8th or sometime thereafter. This Conference has not been adjourned previously, and this is the first request for a postponement.

SO ORDERED.

*Alison J. Nathan*
9/3/2021

Since the last status conference, the parties have amicably worked together to discuss ways this case can be resolved. The parties are hopeful that the matter will settle over the next few weeks. Counsel for the parties celebrate the Jewish Holidays and will be out of the office for several days in September which may delay the settlement process. To allow for these settlement discussions to continue, the parties respectfully request that the Conference be adjourned.

If the parties settle before the status conference, the parties will file a voluntary stipulation of dismissal pursuant to Federal Rule 41.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Respectfully submitted,

*/s/ Samuel R. Bloom*
Samuel R. Bloom

cc: Jordan Mamorsky, Esq. (via ECF)

{14200/A0629648.1}