UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Building Service 32BJ Health Fund,

           Plaintiff,

    –v–

Paragon Systems, Inc.

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/21

20-cv-7633 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A post-discovery status conference is scheduled in this case for October 29, 2021. Due to the Court's schedule, the Court hereby ADJOURNS the conference to **October 29, 2021 at <u>2:00 p.m.</u>** from the previously scheduled time of 3:00 p.m. The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. If either counsel believe that the proceeding should be held remotely, counsel should confer with the other side and, no later than <u>Wednesday, October 27, 2021</u>, submit a letter request to that effect.

    It is hereby ORDERED that no later than <u>Wednesday, October 27, 2021</u>, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and

4) If no party intends to move for summary judgment, propose (a) a deadline for the

submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates.

SO ORDERED.

Dated: October 25, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge