UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND,

                                Plaintiff,

                  v.

PARAGON SYSTEMS, INC.,

                                Defendant.
-------------------------------------------------------------------------X

Civ. Action No. 20-cv-7633

STIPULATION OF
DISMISSAL WITH
PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-entitled action be dismissed in its entirety, with prejudice and without costs and fees to any party, except to the extent separately agreed to among the parties.

Dated: November 19, 2021

| RAAB, STURM & GANCHROW, LLP | THE WAGNER LAW GROUP |
|---|---|
| By: _____ <br> Samuel R. Bloom <br> 2125 Center Ave., Suite 100 <br> Fort Lee, New Jersey 07024 <br> T: (201) 292-0150 <br> F: (201) 292-0152 <br> sbloom@rsgllp.com | By: _____ <br> Jordan D. Mamorsky <br> 180 North LaSalle Street, Suite 3700 <br> Chicago, Illinois 60601 <br> T: (847) 990-9034 <br> F: (847) 557-1312 <br> jmamorsky@wagnerlawgroup.com |